IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TABATHA MANNING, | ) | Case No. 8:15CV107 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | INDEX OF EXHIBITS SUPPORTING |
| | ) | MOTION FOR SUMMARY |
| VAUGHN COTTON, an Omaha Police | ) | JUDGMENT |
| Officer, THEODORE DELEZENE, an | ) | |
| Omaha Police Officer, and the CITY | ) | |
| OF OMAHA | ) | |
| | ) | |
| Defendant. | ) | |

THE DEFENDANTS Vaughn Cotton, Theodore Delezene and the City of Omaha submit the attached exhibits in support of his Motion for Summary Judgment in their favor and against the Plaintiff pursuant to F.R.Civ.P. 56.

| | |
|---|---|
| Exhibit 1 | Deposition of Tabatha Manning |
| Exhibit 2 | Deposition of Officer Vaugh Cotton |
| Exhibit 3 | Deposition of Officer Theodore Delezene |
| Exhibit 4 | Photograph of Police Cruiser with door open |
| Exhibit 5 | DVD with recording from cruiser camera (hand filed-maintained in Clerk's office). |
| Exhibit 6 | CD with recording of Tabatha Manning phone call from Douglas County Corrections (hand filed-maintained in Clerk's office). |

Respectfully submitted,

VAUGHN COTTON, THEODORE DELEZENE, and City of Omaha, Defendants

s/William Acosta-Trejo
THOMAS O. MUMGAARD, No. 16004
Deputy City Attorney
WILLIAM ACOSTA-TREJO, No. 23302
Assistant City Attorney
Attorneys for Defendants
804 Omaha/Douglas Civic Center

                                                                        1819 Farnam Street
                                                                         Omaha, NE 68183
                                                                         Telephone: (402) 444-5115
                                                                         Fax: (402) 444-5125
                                                                         william.acosta-trejo@cityofomaha.org

## CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of March, 2016, I filed the foregoing **INDEX OF EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF system, which is to send notification of such filing to all attorneys registered with the CM/ECF system.

                                                                        s/William Acosta-Trejo