IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TABATHA MANNING, | ) | CASE NO. 8:15CV107 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | INDEX OF EXHIBITS SUPPORTING |
| | ) | MOTION IN LIMINE |
| VAUGHN COTTON, an Omaha Police | ) | RE DAUGHTER and |
| Officer, THEODORE DELEZENE, an | ) | DISMISSAL OF CHARGES |
| Omaha Police Officer, and the CITY | ) | |
| OF OMAHA | ) | |
| | ) | |
| Defendants. | ) | |

The Defendants submit the following listed exhibits in support of their motion for an order in limine regarding the death of Plaintiff's daughter and dismissal of criminal charges.

Exhibit 1. Excerpt of deposition of Tabatha Manning re daughter's death.

Exhibit 2. Copy of Omaha World Herald story, published January 16, 2014, re death of Payton Benson.

Exhibit 3. Copy of Omaha World Herald story, published January 25, 2014, re community response to the death of Payton Benson.

Respectfully submitted,

VAUGH COTTON, THEODORE DELEZENE, and THE CITY OF OMAHA, Defendants,

By: s/ Thomas O. Mumgaard
THOMAS O. MUMGAARD, No. 16004
Deputy City Attorney
WILLIAM ACOSTA-TREJO, No. 23302
Assistant City Attorney
804 Omaha/Douglas Civic Center
1819 Farnam Street
Omaha, NE 68183
Telephone: (402) 444-5115
Attorneys for Defendants

2

CERTIFICATE OF SERVICE

    I hereby certify that on June 10, 2016, I electronically filed the foregoing **EXHIBITS IN SUPPORT OF MOTION IN LIMINE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record registered with the system.

                                                  s/ Thomas O. Mumgaard