IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TABATHA MANNING,<br><br>    Plaintiff,<br><br> v.<br><br>VAUGHN COTTON, an Omaha Police Officer; THEODORE DELEZENE, an Omaha Police Officer; and CITY OF OMAHA NEBRASKA,<br><br>    Defendants. | 8:15CV107<br><br>ORDER |

  This matter is before the court *sua sponte*. The Court notes that the defendants have filed an interlocutory appeal. Filing No. 60. The defendants contend that the Court erred in denying their motion for summary judgment regarding qualified and municipal immunity. Filing Nos. 60 and 53. Upon reviewing the case, the Court believes it is best and most efficient for all involved if this case is stayed pending said appeal.

  THEREFORE, IT IS ORDERED THAT:

  1. This case is stayed pending appeal.

  2. The motion in limine, Filing No. 48, is denied at this time, but it is subject to reassertion pending the appeal.

  Dated this 7th day of November, 2016.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge