# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 16-3076
_____

Tabatha Manning

Plaintiff - Appellee

v.

Vaughn Cotton, an Omaha Police Officer; Theodore Delezene, an Omaha Police Officer; City of Omaha Nebraska

Defendants - Appellants

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:15-cv-00107-JFB)
_____

**JUDGMENT**

Before RILEY, BEAM and SHEPHERD, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

July 05, 2017

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans