IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TABATHA MANNING, | ) | CASE NO: 8:15CV107 |
|       Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VAUGHN COTTON, an Omaha Police | ) | PLAINTIFF'S LIST OF |
| Officer; THEODORE DELEZENE, an | ) | WITNESSES FOR TRIAL |
| Omaha Police Officer, and the CITY OF | ) | |
| OMAHA, NEBRASKA, | ) | |
|       Defendants. | ) | |

Plaintiff identifies the following witnesses she expects to present or may present at trial, in accordance with FRCvP 26(a)(3) and the Court's Progression Order (Doc. #83).

I. Witnesses Plaintiff Will Present at Trial: The name and address of each individual who Plaintiff expects to call to testify at trial to support her claims or defenses, unless the use is solely for impeachment:

1. Tabatha Manning, Omaha, NE
2. Steve Kult, Omaha Police Department
3. Kara Hindman, Omaha Police Department
4. Beau Finely, 209 S. 19th St., Omaha, NE
5. Alex Hayes, 3300 Mutual of Omaha Plaza, Omaha, NE.
6. Sharmeen Benson, 402 N. 34th Ave, Omaha, NE.
7. Any person listed in Defendants' witness list.

II. Witnesses the Defendants May Present at Trial if the Need Arises: The name and address of each individual who the Defendants may call to testify at trial if the need arises to support their claims or defenses, unless the use is solely for impeachment.

1. Sgt. Christopher Perkins, Omaha Police Dept.

Dated this 15th day of December, 2017

Tabatha Manning, Plaintiff

By: /s/ William J. O'Brien, attorney for Plaintiff
Nebraska Bar #23740
5062 S. 108th, St., #111
Omaha, NE 68137