IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| TABATHA MANNING, | ) | Case No: 8:15CV107 |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | **ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED** |
| VAUGHN COTTON, THEODORE DELEZENE, | ) | |
| Defendants. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the plaintiff and the defendant shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Plaintiff exhibit numbers 1, 4-11 from jury trial held January 29-31, 2018

Defendant exhibit numbers 101-105 from jury trial held January 29-31, 2018

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 6th day of March, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge